```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SCOTT ZIEGLER,                               No. 10-CV-8712 (TPG)(RLE)

                Plaintiff,        ECF Case

    -against-

TWENTY TWO DEGREE ENERGY CORP.,              **ORDER**
ECHO POWER INTERNATIONAL, INC.,
JOSEPH FUDA, DAN AMADORI and
COLLINS BARROW TORONTO LLP,

                Defendants.
----------------------------------------------------------x

On the application of defendants Twenty Two Degree Energy Corp., Echo Power International Inc. and Joseph Fuda (collectively, "Defendants") it is hereby

ORDERED, that Defendants' time to answer or move against plaintiff's amended complaint, currently due to expire on November 26, 2010, shall be extended up to and including December 10, 2010.

SO ORDERED:

_Thomas P. Griesa_
Hon. Thomas P. Griesa, U.S.D.J.

Dated: 11/23/10